UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
LETICIA LUCERO,
                 Plaintiff,
     v.
CENLAR FSB, et al.,
                 Defendants.
_____

Case No. C13-602RSL

ORDER TO SHOW CAUSE

On May 8, 2013, the Court issued an order requiring the parties to file a Joint Status Report by June 19, 2013. No such report has been filed and the parties have not sought or obtained an extension of time in which to make the required submission. The parties shall, no later than Friday, July 11, 2013, file their Joint Status Report and show cause to the Court why sanctions including dismissal should not be imposed for their failure to comply with the Order of May 8, 2013. Plaintiff's counsel is responsible for starting the communications per the Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement. The Clerk is directed to place this Order to Show Cause on the Court's calendar for July 12, 2013.

DATED this 27th day of June, 2013.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE