THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LETICIA LUCERO,<br><br>                    Plaintiff,<br><br>    v.<br><br>CENLAR F.S.B., et al.,<br><br>                    Defendants. | No.:  2:13-cv-00602<br><br>ANSWER TO AMENDED COMPLAINT BY DEFENDANT BAYVIEW LOAN SERVICING, LLC |

COMES NOW defendant Bayview Loan Servicing, LLC ("Bayview") and answers Plaintiff's First Amended Complaint[1] as follows:

## I.    INTRODUCTION

1.    The First Amended Complaint speaks for itself, no response is required.

## II.  JURISDICTION

2.    Admit that the subject real property is located within this district.  To the extent this pleading requires a legal conclusion, no response is required.

## III.    PARTIES, RELATIONSHIPS, & LIABILITIES

3.    Bayview is without knowledge sufficient to admit or deny the allegations, and denies same.

4.    Bayview is without knowledge sufficient to admit or deny the allegations, and denies

---

[1] Dkt # 34 (Plaintiff's FAC)

Answer -1 -
MH #WA13-7452

McCarthy & Holthus LLP
19735 10th Ave NE, Suite N-200
Poulsbo  WA  98370
PH: (206) 319-9100
FAX: (206) 780-6862

same.

5.     Admit that Plaintiff sought a loan modification through Bayview.  Bayview is without knowledge sufficient to admit or deny the remaining allegations, and denies same.

6.     The Deed of Trust speaks for itself.  Bayview is without knowledge sufficient to admit or deny the remaining allegations, and denies same.

7.     Bayview is a limited liability company organized under the laws of the State of Delaware. Admit that Bayview services mortgages in default.  Admit that Bayview uses phone and mail to contact borrowers in the State of Washington.  To the extent this pleading requires a legal conclusion as to "debt collector", no response is required.

8.     Bayview is without knowledge sufficient to admit or deny the allegations, and denies same.

9.     This pleading asks for a legal conclusion, no response is required.

10.     Bayview is without knowledge sufficient to admit or deny the allegations, and denies same.

11.     Bayview is without knowledge sufficient to admit or deny the allegations, and denies same.

12.     Bayview is without knowledge sufficient to admit or deny the allegations, and denies same.

13.     Bayview is without knowledge sufficient to admit or deny the allegations, and denies same.

## IV.     FACTS CONCERNING NWTS' COMMENCEMENT OF NONJUDICIAL FORECLOSURE OF PLAINTIFF'S HOMESTEAD

14.     Bayview is without knowledge sufficient to admit or deny the allegations, and denies same.

15.     Deny that Plaintiff submitted a Qualified Written Request to Bayview.

McCarthy & Holthus LLP
19735 10th Ave NE, Suite N-200
Poulsbo  WA  98370
PH: (206) 319-9100
FAX: (206) 780-6862

16.     Bayview is without knowledge sufficient to admit or deny the allegations, and denies same.

17.     Bayview is without knowledge sufficient to admit or deny the allegations, and denies same.

18.     Bayview is without knowledge sufficient to admit or deny the allegations, and denies same.

## V.      FACTS RELATING TO FORECLOSURE FAIRNESS ACT MEDIATION

19.     Bayview is without knowledge sufficient to admit or deny the allegations, and denies same.

20.     Bayview is without knowledge sufficient to admit or deny the allegations, and denies same.

21.     Bayview is without knowledge sufficient to admit or deny the allegations, and denies same.

22.     Bayview is without knowledge sufficient to admit or deny the allegations, and denies same.

23.     Bayview is without knowledge sufficient to admit or deny the allegations, and denies same.

24.     Bayview is without knowledge sufficient to admit or deny the allegations, and denies same.

25.     Bayview is without knowledge sufficient to admit or deny the allegations, and denies same.

26.     Bayview is without knowledge sufficient to admit or deny the allegations, and denies same.

27.     Bayview is without knowledge sufficient to admit or deny the allegations, and denies same.

28.     Bayview is without knowledge sufficient to admit or deny the allegations, and denies same.

McCarthy & Holthus LLP
19735 10th Ave NE, Suite N-200
Poulsbo  WA  98370
PH: (206) 319-9100
FAX: (206) 780-6862

29.     Bayview is without knowledge sufficient to admit or deny the allegations, and denies same.

30.     Bayview is without knowledge sufficient to admit or deny the allegations, and denies same.

31.     Bayview is without knowledge sufficient to admit or deny the allegations, and denies same.

## VI.     CONCURRENT OR DUAL REPRESENTATION WHERE RCO IS COUNSEL FOR NWTS AND LOAN SERVICERS

32.     Bayview is without knowledge sufficient to admit or deny the allegations, and denies same.

33.     Bayview is without knowledge sufficient to admit or deny the allegations, and denies same.

34.     Bayview is without knowledge sufficient to admit or deny the allegations, and denies same.

35.     This pleading asks for a legal conclusion, no response is required.

36.     This pleading asks for a legal conclusion, no response is required.

## VII.     CAUSES OF ACTION

## COUNT ONE: FAILURE TO MATERIALLY COMPLY WITH THE PROVISIONS OF THE DEED SOF TRUST ACT RCW 61.24. ET. SEQ.

37.     Bayview is without knowledge sufficient to admit or deny the allegations, and denies same.

38.     Bayview is without knowledge sufficient to admit or deny the allegations, and denies same.

39.     Bayview is without knowledge sufficient to admit or deny the allegations, and denies same.

40.     Bayview is without knowledge sufficient to admit or deny the allegations, and denies same.

McCarthy & Holthus LLP
19735 10th Ave NE, Suite N-200
Poulsbo  WA  98370
PH: (206) 319-9100
FAX: (206) 780-6862

41.     Bayview is without knowledge sufficient to admit or deny the allegations, and denies same.

42.     Bayview is without knowledge sufficient to admit or deny the allegations, and denies same.

43.     Bayview is without knowledge sufficient to admit or deny the allegations, and denies same.

44.     Bayview is without knowledge sufficient to admit or deny the allegations, and denies same.

45.     Deny.

46.     Bayview is without knowledge sufficient to admit or deny the allegations, and denies same.

## COUNT TWO: DEFENDANTS' CONDUCT VIOLATED RESPA

47.     Deny.

48.     Deny that Plaintiff submitted a Qualified Written Request to Bayview.  To the extent this pleading asks for a legal conclusion, no response is required.

49.     Deny that Plaintiff submitted a Qualified Written Request to Bayview.  To the extent this pleading asks for a legal conclusion, no response is required.

50.     Deny.

51.     Deny.

## COUNT THREE: DEFENDANTS VIOLATED FEDERAL DEBT COLLECTION PRACTICE ACT ("FDCPA")

52.     Deny.

53.     Bayview is without knowledge sufficient to admit or deny the allegations, and denies same.  To the extent this pleading asks for a legal conclusion, no response is required.

54.     Admit that Bayview contacted Plaintiff in December of 2012 in connection with her loan. To the extent this pleading characterizes the contacts as collection in nature, it requests a legal conclusion, and no response is required.

Answer -5 -
MH #WA13-7452

McCarthy & Holthus LLP
19735 10th Ave NE, Suite N-200
Poulsbo  WA  98370
PH: (206) 319-9100
FAX: (206) 780-6862

55.     Bayview is without knowledge sufficient to admit or deny the allegations as to Plaintiff's successful completion of the HAMP trial period.  The letter from Bayview dated February 7, 2013 speaks for itself.

56.     The "Cease and Desist" letter dated February 13, 2013 to Bayview speaks for itself. Admit it was received by Bayview.

57.     The HAMP Agreement speaks for itself.  Deny that Bayview has done any reporting to the credit bureaus regarding Plaintiff's loan.

58.     Bayview is without knowledge sufficient to admit or deny the allegations, and denies same.

59.     This pleading asks for a legal conclusion, no response is required.  To the extent this pleading alleges liability, it is denied.

60.     Bayview is without knowledge sufficient to admit or deny the allegations, and denies same.

61.     Bayview is without knowledge sufficient to admit or deny the allegations, and denies same.

62.     Deny.

## COUNT FOUR: DEFENDANTS VIOLATED WASHINGTON CONSUMER PROTECTION ACT. RCW 19.86 ET SEQ.

63.     Deny.

64.     Deny.

65.     Deny.  To the extent this pleading asks for a legal conclusion, no response is required.

66.     Deny.  To the extent this pleading asks for a legal conclusion, no response is required.

67.     Bayview is without knowledge sufficient to admit or deny the allegations, and denies same.

68.     Bayview is without knowledge sufficient to admit or deny the allegations, and denies same.

69.     Bayview is without knowledge sufficient to admit or deny the allegations, and denies same.

McCarthy & Holthus LLP
19735 10th Ave NE, Suite N-200
Poulsbo  WA  98370
PH: (206) 319-9100
FAX: (206) 780-6862

70.     Bayview is without knowledge sufficient to admit or deny the allegations, and denies same.

71.     Bayview is without knowledge sufficient to admit or deny the allegations, and denies same.

72.     Deny.

### COUNT FIVE: NOTARY PUBLIC NANCY K. MORRIS COMMITTED FRAUD

73.     Bayview is without knowledge sufficient to admit or deny the allegations, and denies same.

74.     This pleading asks for a legal conclusion, no response is required.

75.     Bayview is without knowledge sufficient to admit or deny the allegations, and denies same.

76.     Bayview is without knowledge sufficient to admit or deny the allegations, and denies same.

77.     Bayview is without knowledge sufficient to admit or deny the allegations, and denies same.

78.     Bayview is without knowledge sufficient to admit or deny the allegations, and denies same.

### COUNT SIX: FRAUD BY DEFENDANT JENNIFER DOBRON

79.     Bayview is without knowledge sufficient to admit or deny the allegations, and denies same.

80.     Bayview is without knowledge sufficient to admit or deny the allegations, and denies same.

81.     Bayview is without knowledge sufficient to admit or deny the allegations, and denies same.

### AFFIRMATIVE DEFENSES

1.     Plaintiff has failed to state a claim upon which relief can be granted.

2.     Plaintiff's claims are barred by the statute of limitations.

2.     Plaintiff's claims are barred by application of doctrines of waiver, laches, and/or estoppel.

McCarthy & Holthus LLP
19735 10th Ave NE, Suite N-200
Poulsbo  WA  98370
PH: (206) 319-9100
FAX: (206) 780-6862

3.      Any purported damages suffered by the Plaintiffs were the result of acts or omissions of third persons over whom Defendant had neither control nor responsibility.

4.      Plaintiff has failed to plead fraud or misrepresentation with particularity.

5.      Plaintiff's damages were caused by their own actions or inaction, or they were contributory negligent in causing their alleged damages.

6.      Plaintiff has failed to mitigate their damages.

7.      The Plaintiff is being unjustly enriched by their continued actions of remaining on the real property without payment.

8.      Defendant(s) expressly reserves the right to add additional affirmative defenses as it determines to be appropriate at any time in the future.

<b>PRAYER FOR RELIEF</b>

Having fully answered each and every allegation contained in Plaintiffs' Complaint, stated its Affirmative Defenses, Bayview prays the Court grant the following relief:

1.      Dismiss Plaintiff's Complaint with prejudice;

2.      Enter an award against Plaintiffs and in favor of Bayview for all costs, expenses, and reasonable attorney's fees incurred in defending against this action to the extent allowed by law;

3.      For such further relief as the Court may determine to be just, equitable, or fair.

Dated: February 24, 2014

MCCARTHY & HOLTHUS, LLP

/s/ Joseph Ward McIntosh
Joseph Ward McIntosh, Esq. WSBA #39470
Attorney for Bayview

Answer -8 -
MH #WA13-7452

McCarthy & Holthus LLP
19735 10th Ave NE, Suite N-200
Poulsbo  WA  98370
PH: (206) 319-9100
FAX: (206) 780-6862

CERTIFICATE OF SERVICE

Pursuant to RCW 9.A.72.085, the undersigned certifies under penalty of perjury under the laws of the State of Washington, that on the 24th day of February, 2014, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following persons:

**Attorneys for Plaintiff:**
Ha Thu Dao
Grand Central Law, PLLC
787 Maynard Avenue S.
Seattle, WA 98104
hadoajd@gmail.com

Vincente Omar Barraza
Barraza Law, PLLC
14249-F Ambaum Blvd SW
Burien, WA 98166
omar@barrazalaw.com

**Attorneys for Defendants RCO Legal, PS and Northwest Trustee Services:**
Heidi Buck Morrison
Lauren Davidson Humphreys
RCO Legal, P.S.
13555 SE 36th St., Suite 300
Bellevue, Washington 98006
hbuckmorrison@rcolegal.com
lhumphreys@rcolegal.com

**Attorneys for Defendants Cenlar, FSB, Mortgage Electronic Registration Systems, Inc., Jennifer Dobron, and Nancy K. Morris:**
Renee M. Parker
Wright, Finlay, & Zak, LLP
46665 MacArthur Court, Suite 200
Newport Beach, CA 92660
rmparker@wrightlegal.net

//
//
//
//

Answer -9 -
MH #WA13-7452

and I hereby certify that I have sent via first class mail the document to the following non-CM/ECF participants:

N/A

      Executed on the 24th day of February, 2014, in Seattle, Washington.

                     */s/ Joel Springer*_____
                     Joel Springer
                     Legal Assistant
                     McCarthy & Holthus LLP
                     19735 10th Ave. NE, Suite N200
                     Poulsbo, WA 98370
                     P: 206-319-9100; F: 206-780-6862
                     jspringer@mccarthyholthus.com

Answer -10 -
MH #WA13-7452

McCarthy & Holthus LLP
19735 10th Ave NE, Suite N-200
Poulsbo WA 98370
PH: (206) 319-9100
FAX: (206) 780-6862