IN THE UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LETICIA LUCERO,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CENLAR FSB, and<br>BAYVIEW LOAN SERVICING,<br><br>　　　　　Defendants | NO. 2:13-cv-00602<br><br>PLAINTIFF LETICIA LUCERO'S DECLARATION IN SUPPORT OF MOTION FOR LEAVE TO AMEND COMPLAINT |

LETICIA LUCERO'S DECLARATION

BARRAZA LAW, PLLC
14245-F Ambaum Blvd SW
Burien, WA 98166
206-933-7861 Fax 206-933-7863

- 1 -

## DECLARATION

Leticia Lucero declares as follows:

I am the plaintiff in this matter. I have reviewed this Second Amended Complaint and believe it true and accurate to the best of my knowledge.

**I declare under penalty of perjury of the laws of the State of Washington the foregoing is true and correct.**

DATED this 12th day of May, 2014, at Seattle, Washington.

_____
Leticia Lucero

SECOND AMENDED COMPLAINT - 41

BARRAZA LAW, PLLC
14249-F Ambaum Blvd. SW
Burien, WA 98166
206-933-7861 Fax 206-933-7863