The Honorable Judge Robert S. Lasnik

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| LETICIA LUCERO,<br><br>             Plaintiff,<br><br>     v.<br><br>CENLAR FSB and BAYVIEW LOAN SERVICING, LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., NORTHWEST TRUSTEE SERVICES, INC., ROUTH CRABTREE OLSEN, P.S., aka RCO LEGAL, P.S., JENNIFER DOBRON, individually and in her capacity as corporate officer and/or employee of CENLAR FSB, NANCY K. MORRIS, individually and her capacity as notary public and/or employee of CENLAR, FSB,<br><br>             Defendants. | No. 2:13-cv-00602 RSL<br><br>**ORDER ENTERING STIPULATION OF PLAINTIFF AND RCO LEGAL, P.S. REGARDING FED. R. CIV. P. 30(b)(6) DEPOSITION OF RCO LEGAL, P.S.** |

THIS MATTER having come on before the Court upon the Stipulation of Plaintiff and RCO Legal Regarding Fed. R. Civ. P. 30(b)(6) Deposition of RCO Legal, P.S.; and the Court being fully advised in the premises, now therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that the Fed. R. Civ. P. 30(b)(6) Deposition of RCO is hereby stayed pending the Court's determination of Defendant RCO's Motion for Judgment on the Pleadings Under Rule 12(c) ("RCO'S Motion").

ORDER ENTERING STIPULATION OF PLAINTIFF AND RCO LEGAL, P.S. REGARDING FED. R. CIV. P. 30(b)(6) DEPOSITION OF RCO LEGAL, P.S.
PAGE 1 OF 3 - CASE NO. 2:13-CV-00602-RSL

RCO LEGAL, P.S.
13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:    425.458.2131

1   IT IS FURTHER ORDERED, ADJUDGED AND DECREED that RCO's obligation to respond to the Subpoena Duces Tecum served by Plaintiff on RCO is hereby stayed pending the Court's determination of Defendant RCO's Motion.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that if RCO's Motion is not granted and Plaintiff wishes to go forward with the Fed. R. Civ. P. 30(b)(6) deposition of RCO, the Parties agree to work to reach agreement in regard to the scope of the deposition testimony sought by Plaintiff and to reschedule the deposition to a mutually agreeable time.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that RCO's right to move for a protective order if the Parties cannot mutually agree to the scope of the deposition testimony sought is not waived.

It is so ordered.

DATED this 10th day of June, 2014.

_____
Robert S. Lasnik
United States District Judge

Presented By:

**RCO LEGAL, P.S.**

Dated: June 9, 2014         By:  /s/ Heidi Buck Morrison
                                 Heidi Buck Morrison, WSBA No.41769
                                 Of Attorneys for Defendant RCO Legal, P.S.

ORDER ENTERING STIPULATION OF PLAINTIFF
AND RCO LEGAL, P.S. REGARDING FED. R. CIV.
P. 30(b)(6) DEPOSITION OF RCO LEGAL, P.S.
PAGE 2 OF 3 - CASE NO. 2:13-CV-00602-RSL

RCO LEGAL, P.S.
13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:    425.458.2131

1
2
3                                        **GRAND CENTRAL LAW, PLLC**
4
5   Dated:  June 9, 2014                 By:  /s/  Ha Thu Dao, per email authorization
                                              Ha Thu Dao, WSBA No.21796
6                                             Of Attorneys for Plaintiff
7
8                                        **BARRAZA LAW, PLLC**
9
10  Dated:  June 9, 2014                 By:  /s/   Vicenta Omar Barraza,  per email
                                              authorization
11                                            Vicente Omar Barraza, WSBA No. 43589
                                              Of Attorneys for Plaintiff
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER ENTERING STIPULATION OF PLAINTIFF
AND RCO LEGAL, P.S. REGARDING FED. R. CIV.
P. 30(b)(6) DEPOSITION OF RCO LEGAL, P.S.
PAGE 3 OF 3 - CASE NO. 2:13-CV-00602-RSL

RCO LEGAL, P.S.
13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:     425.458.2131