UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LETICIA LUCERO,

        Plaintiff,

    v.

CENLAR FSB, *et al.*,

        Defendants.

No. C13-0602RSL

ORDER VACATING ORDER TO SHOW CAUSE

On June 30, 2014, the Court directed defendant RCO Legal, P.S., to show cause why it should not be disqualified from representing co-defendant Northwest Trustee Services ("NWTS") in this matter given the seemingly unavoidable conflict of interests that will arise between the parties. It appears that NWTS has been informed of the conflict of interest and that both NWTS and RCO have consented in writing to the continued representation. Defendants should be aware, however, that it is possible that their best interests will diverge as this litigation progresses: it is the Court's expectation that Ms. Buck will be ever vigilant regarding her obligations under the Rules of Professional Conduct.[1]

---

[1] NWTS shall respond to the outstanding discovery request within five days of the date of this Order. Plaintiff's request for leave to file a reply to defendant's response to the order to show cause (Dkt. # 85) is DENIED.

1       Dated this 23rd day of July, 2014.

*[signature]*

Robert S. Lasnik
United States District Judge