1

2

3

4

5

6                        UNITED STATES DISTRICT COURT
                         WESTERN DISTRICT OF WASHINGTON
7                                    AT SEATTLE

8   LETICIA LUCERO,

9                        Plaintiff,              No. C13-0602RSL

10              v.                               ORDER

11  CENLAR, FSB, *et al.*,

12                       Defendants.

13

14

15          The "Order Granting in Part Certain Defendants' Motion to Dismiss" (Dkt. # 107)

16  is hereby withdrawn for further consideration.

17

18

19          Dated this 1st day of October, 2014.

20                                        *Robert S. Lasnik* (signature)

21                                        Robert S. Lasnik
                                          United States District Judge
22

23

24

25

26

ORDER