UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LETICIA LUCERO, | NO. 2:13-cv-00602 |
| Plaintiff, | |
| vs. | EXHIBIT LIST |
| CENLAR FSB and BAYVIEW LOAN SERVICING, LLC, et al., | |
| Defendants. | |

**EXHIBIT LIST**

1. Exhibit A, Notice of Default
2. Exhibit B, Loss Mitigation Form
3. Exhibit C, Note
4. Exhibit D, Deed of Trust
5. Exhibit E, Qualified Written Request to Bayview
6. Exhibit F, MERS Assignment of Deed of Trust
7. Exhibit G, Composite of Dobron's documents found in WA public records

EXHIBIT LIST - 1

BARRAZA LAW, PLLC
14249-F Ambaum Blvd. SW
Burien, WA 98166
206-933-7861 Fax 206-933-7863

8. Exhibit H Composite of Dobron's documents found in the public records of Pinellas County, Miami Dade County, FL.

9. Exhibit I, Lucero Appointment of Successor Trustee

10. Exhibit J, Assignment and Appointment in the matter concerning Donald F. Cook, Jr. and Heather C. Cook recorded in the reverse order of their execution dates

11. Exhibit K, October 5, 2012 Beneficiary Declaration

12. Exhibit L, October 16, 2012 Beneficiary Declaration.

13. Exhibit M, Notice of Representation and Authorization to Release Information.

14. Exhibit N, Letter written by Plaintiff counsel to Bayview dated September 22, 2012

15. Exhibit O, February 7, 2013 letter from Bayview evidencing its attempts to contact Plaintiff directly

16. Exhibit P, HAMP Loan Modification

17. Exhibit Q, Cenlar Letter of 12/4/2013 ( "In keeping with Washington Law, please be advised that we have charged your loan account for the fee described, on the date and in the amount indicated on the below list.")

18. Exhibit R, Plaintiff's QWR to Cenlar 12/29/2013

19. Exhibit S, Acknowledgement of QWR 01/07/2014

20. Exhibit T, Cenlar Periodic Statement dated 1/16/2014

21. Exhibit U, Cenlar Periodic Statement dated 1/21/2014

22. Exhibit V, Delinquent Notice

23. Exhibit W, Cenlar Letter 03/06/2014

24. Exhibit X, Request for Information dated 03/25/2014

EXHIBIT LIST - 2

BARRAZA LAW, PLLC
14249-F Ambaum Blvd. SW
Burien, WA 98166
206-933-7861 Fax 206-933-7863

25. Exhibit Y, Notice of Error dated 03/25/2014

26. Exhibit Z, Cenlar Delinquent Letter dated 5/16/2014

27. Exhibit AA, Parker Letters including Letter dated 6/18/ 2014

28. Exhibit BB, Periodic Statement dated 9/16/2014

29. Exhibit CC, Bayview Letter of 5/18/2012

30. Exhibit DD, Bayview Letter of 9/17/2012

31. Exhibit EE, Notice of Representation and Authorization to Release Information

32. Exhibit FF, Letter written by Plaintiff counsel to Bayview dated 9/22/ 2012

33. Exhibit GG, Bayview Letter to Plaintiff dated 2/7/2013

34. Exhibit HH, Composite of Cenlar's direct communication to Plaintiff in 2013 and 2014

35. Exhibit II, Composite of Periodic Statements Cenlar sent to Plaintiff

36. Exhibit JJ, Soleau Appointment and Avilez Appointment

37. Exhibit KK, Cenlar Delinquent Letters dated 4/1/2014 and 5/1/2014

38. Exhibit LL, Denial of Credit

39. Exhibit MM, NWTS' Invoice to Cenlar showing PAID status

40. Exhibit NN, , one of RCO's invoices reflect that RCO has billed Cenlar nearly $9,000.00 for services involving Plaintiff's case

41. Exhibit OO, Composite of documents purported signed and notarized by Morris appearing in public record of Washington

EXHIBIT LIST - 3

BARRAZA LAW, PLLC
14249-F Ambaum Blvd. SW
Burien, WA 98166
206-933-7861 Fax 206-933-7863