UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LETICIA LUCERO,

        Plaintiff,

v.

CENLAR FSB, *et al.*,

        Defendants.

No. C13-0602RSL

ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

        This matter comes before the Court on "Plaintiff's Motion for Partial Summary Judgment Against NWTS." Dkt. # 140. Plaintiff's claims against Northwest Trustee Services, Inc., have been dismissed. <u>See</u> Order Granting NWTS and RCO Legal's Motion for Summary Judgment, of even date. Plaintiff's motion is DENIED.

        Dated this 9th day of February, 2015.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge