UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LETICIA LUCERO,<br><br>                     Plaintiff,<br><br>      v.<br><br>CENLAR FSB, *et al.*,<br><br>                     Defendants. | No. C13-0602RSL<br><br>ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST JENNIFER DOBRON AND NANCY MORRIS |

This matter comes before the Court on the "Motion for Summary Judgment or, in the Alternative, for Partial Summary Judgment of Defendants Jennifer Dobron and Nancy K. Morris." Dkt. # 221. The motion is unopposed. Dkt. # 238. The claims against Dobron and Morris are therefore DISMISSED.

Dated this 18th day of August, 2015.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DISMISSING PLAINTIFF'S CLAIMS
AGAINST DOBRON AND MORRIS